UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BRAVO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOS 3 AMIGOS TORTILLERIA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01202-RS, 19-cv-01203-RS, 19-cv-01204-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 4, 2021.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 11, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: December 4, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　United States District Judge